UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERQUOTE, INC., f/k/a ADHARMONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNDERGROUND ELEPHANT, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. |

## COMPLAINT

EverQuote, Inc., f/k/a AdHarmonics, Inc., ("Plaintiff" or "EverQuote"), a Delaware corporation, for its causes of action against Defendant Underground Elephant, Inc. ("Defendant" or "Underground Elephant"), a California corporation, alleges as follows:

## THE PARTIES

1. EverQuote is, and at all relevant times was, a corporation duly organized pursuant to the laws of the State of Delaware, with a principal place of business at 210 Broadway, Cambridge, Massachusetts, 02139. EverQuote was registered and operated in the Commonwealth of Massachusetts as AdHarmonics, Inc. until January 12, 2015, when the entity's name was changed to EverQuote, Inc.

2. EverQuote is informed and believes that Underground Elephant is, and at all relevant times was, a corporation duly organized and operating under the laws of the State of California with a principal place of business of 600 B. Street, Suite #1300, San Diego, California 92101.

24099311v.2

**JURISDICTION AND VENUE**

3. Plaintiff brings this action under federal diversity jurisdiction, 28 U.S.C. § 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

4. Venue in this district is proper because EverQuote's principal place of business is located in Massachusetts, the services at issue were substantially performed in Massachusetts, and the agreement between the parties requires that any dispute arising from that agreement be brought in state or federal court in Massachusetts.

**FACTS**

5. On November 18, 2014, EverQuote, then known as AdHarmonics, Inc., and Underground Elephant entered into a Lead Data License Agreement ("Agreement") pursuant to which EverQuote collected and compiled, and Underground Elephant purchased, certain information about consumers who had expressed interest in obtaining insurance products ("Leads").

6. The Agreement provides that invoices are due and payable within 30 days of the date of invoice and that any overdue amounts not subject to a good faith dispute may be assessed interest at the greater of 1.5% of the outstanding amount per month or the maximum amount allowed by law.

7. EverQuote performed under the Agreement by collecting, compiling and transmitting Leads to Underground Elephant.

8. EverQuote sent invoices to Underground Elephant at the end of every month for leads delivered in that month.

9. Underground Elephant paid EverQuote for EverQuote's performance during the period December 2014 through May 2015, and July and August 2015.

10. Underground Elephant has not paid, and refuses to pay, an invoice for $1,736.27 for Leads delivered to Underground Elephant in June 2015.

11. A true and correct copy of the October 20, 2015 invoice for leads delivered in June 2015 is attached as Exhibit A.

12. Underground Elephant has not paid, and refuses to pay, invoices for Leads delivered to Underground Elephant in September or October 2015. The outstanding balances for those invoices are $53,446.56 and $21,827.45, respectively.

13. A true and correct copy of the September 30, 2015 invoice for leads delivered and corresponding October 16, 2015 credit memo are attached as Exhibit B.

14. A true and correct copy of the October 31, 2015 invoice for leads delivered and corresponding November 13, 2015 credit memo are attached as Exhibit C.

15. Underground Elephant is indebted to EverQuote for services rendered in the amount of $77,010.28 as summarized below:

|  | Invoice | Credit | Payments | Total Due |
|---|---|---|---|---|
| June | 56,772.32 | (8,097.47) | (46,938.58) | 1,736.27 |
| September | 59,933.24 | (6,486.68) | - | 53,446.56 |
| October | 24,688.28 | (2,860.83) | - | 21,827.45 |
|  |  |  |  |  |
| Total | **225,216.58** | **(28,028.66)** | **(120,177.64)** | **77,010.28** |

16. Invoices for EverQuote's work in June, September, and October 2015 are more than 30 days past due.

17. EverQuote has made numerous attempts to collect the outstanding balance and has tried in good faith to settle its dispute with Underground Elephant amicably.

## COUNT ONE
**(Breach of Contract)**

18. EverQuote incorporates by reference paragraphs 1 through 17 of this Complaint.

19. EverQuote has performed all of its obligations under the Agreement with Underground Elephant.

20. Underground Elephant breached the Agreement by refusing to pay the sum owed to EverQuote for its performance under the Agreement in June, September and October 2015.

21. EverQuote is entitled to $77,010.28, plus interest, for the work it performed for Underground Elephant under the Agreement.

22. Pursuant to the Agreement, EverQuote is also entitled to any and all amounts expended by EverQuote in attempting to collect any amounts due from Underground Elephant, including reasonable attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, EverQuote respectfully requests that the Court enter judgment against Underground Elephant as follows:

1. For $77,010.28 for the funds owed by Underground Elephant to EverQuote for work performed by EverQuote;

2. For interest on the principal outstanding balance pursuant to the Agreement of the greater of one and one-half (1.5) percent per month or the highest rate permitted under law;

3. For reasonable attorneys' fees and costs incurred by EverQuote in attempting to collect the amounts due; and

4. For such further relief as the Court may deem just.

Dated: January 22, 2016               Respectfully submitted,

              **EVERQUOTE, INC. f/k/a ADHARMONICS, INC.**

              By Its Attorneys,


              /s/ Brandon L. Bigelow
              Brandon L. Bigelow (BBO# 651143)
              bbigelow@seyfarth.com
              Alison K. Eggers (BBO# 669548)
              aeggers@seyfarth.com
              SEYFARTH SHAW LLP
              Seaport East
              Two Seaport Lane, Suite 300
              Boston, MA  02210-2028
              Telephone:     (617) 946-4800
              Facsimile:      (617) 946-4801

24099311v.2