# Exhibit A

| | | | |
|---|---|---|---|
| EverQuote, Inc. | | | **Invoice** |
| 210 Broadway | | Date | Invoice # |
| Cambridge, MA 02139 | | 10/20/2015 | 4730 |
| (617) 206-6513 | | Terms | Due Date |
| billing@everquote.com | | Net 30 | 11/19/2015 |

**Bill To**

Underground Elephant, Inc.
(Allstate)
600 B Street, Suite 1300
San Diego, CA 92101

| Amount Due | Enclosed |
|---|---|
| $1,736.27 | |

✂ Please detach top portion and return with your payment. ✂

| Services | Quantity | Amount |
|---|---|---|
| • Exclusive leads delivered in the month of June | 251 | 1,736.27 |
| | Total | $1,736.27 |

Our Mailing/Remittance Address is:

EverQuote, Inc.
210 Broadway
Cambridge MA 02139
billing@adharmonics.com