# Exhibit B

| | | |
|---|---|---|
| EverQuote, Inc. | | **Invoice** |
| 210 Broadway | | |
| Cambridge, MA  02139 | Date | Invoice # |
| | 09/30/2015 | 4691 |
| (617) 206-6513 | Terms | Due Date |
| billing@everquote.com | Net 30 | 10/30/2015 |

| Bill To |
|---|
| Underground Elephant, Inc. (Allstate) 600 B Street, Suite 1300 San Diego, CA  92101 |

| Amount Due | Enclosed |
|---|---|
| $59,933.24 | |

------- ✂ Please detach top portion and return with your payment. ✂ -------

| Services | Quantity | Amount |
|---|---|---|
| • Exclusive leads delivered in the month of September | 22468 | 59,933.24 |
| | Total | $59,933.24 |

Our Mailing/Remittance Address is:

EverQuote, Inc.
210 Broadway
Cambridge MA 02139
billing@adharmonics.com

EverQuote, Inc.
210 Broadway
Cambridge, MA  02139

(617) 206-6513
billing@everquote.com

# Credit Memo

| Date | Credit # |
|---|---|
| 10/16/2015 | 4728 |

| Credit To |
|---|
| Underground Elephant, Inc. (Allstate) 600 B Street, Suite 1300 San Diego, CA  92101 |

| Services | Quantity | Amount |
|---|---|---|
| • Exclusive Lead returns for the month of September | 1839 | 6,486.68 |
| | Total Credit | $6,486.68 |

Our Mailing/Remittance Address is:

EverQuote, Inc.
210 Broadway
Cambridge MA 02139
billing@adharmonics.com