# Exhibit C

EverQuote, Inc.
210 Broadway
Cambridge, MA  02139

(617) 206-6513
billing@everquote.com



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2015 | 4809 |
| Terms | Due Date |
| Net 30 | 11/30/2015 |

| Bill To |
|---|
| Underground Elephant, Inc.<br>(Allstate)<br>600 B Street, Suite 1300<br>San Diego, CA  92101 |

| Amount Due | Enclosed |
|---|---|
| $24,688.28 | |

......✂ Please detach top portion and return with your payment. ✂......

| Services | Quantity | Amount |
|---|---|---|
| • Exclusive leads delivered in the month of October | 11686 | 24,688.28 |
| | Total | $24,688.28 |

Our Mailing/Remittance Address is:

EverQuote, Inc.
210 Broadway
Cambridge MA 02139
billing@adharmonics.com

| | | |
|---|---|---|
| EverQuote, Inc.  210 Broadway  Cambridge, MA 02139 | | **Credit Memo** |
| (617) 206-6513  billing@everquote.com | | |

| Date | Credit # |
|---|---|
| 11/13/2015 | 4852 |

**Credit To**

Underground Elephant, Inc.
(Allstate)
600 B Street, Suite 1300
San Diego, CA  92101

| Services | Quantity | Amount |
|---|---|---|
| • Exclusive Lead returns for the month of October | 1168 | 2,860.83 |
| | Total Credit | $2,860.83 |

Our Mailing/Remittance Address is:

EverQuote, Inc.
210 Broadway
Cambridge MA 02139
billing@adharmonics.com