UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERQUOTE, INC., f/k/a ADHARMONICS, INC.,<br><br>          Plaintiff/Counterclaim-Defendant,<br><br>          v.<br><br>UNDERGROUND ELEPHANT, INC.,<br><br>          Defendant/Counterclaim-Plaintiff. | CIVIL ACTION<br>NO. 16-cv-10103-WGY |

**PLAINTIFF'S MOTION TO DISMISS
COUNTS IV-VII OF DEFENDANT'S COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), plaintiff/counterclaim-defendant, EverQuote, Inc. ("EverQuote"), moves to dismiss Counts IV-VII of the Counterclaim of defendant/counterclaim-plaintiff, Underground Elephant, Inc.[1]  As grounds for this motion, EverQuote relies upon the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

EverQuote respectfully requests that the Court schedule a hearing for oral argument on this motion.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for EverQuote met and conferred with counsel for Underground Elephant in an attempt to narrow the areas of disagreement to the greatest possible extent.  The parties were unable to resolve this dispute.

---

[1]  As provided by Fed. R. Civ. P. 12(a)(4), EverQuote will file its answer to Counts I-III of the Counterclaim, and any other counts of the Counterclaim not dismissed by the Court, within 14 days of the Court's action on this motion to dismiss.  *See Tingley Sys., Inc. v. CSC Consulting, Inc.*, 152 F. Supp. 2d 95, 122 (D. Mass. 2001).

Dated: April 7, 2016

Respectfully submitted,

**EVERQUOTE, INC. f/k/a
ADHARMONICS, INC.**

By its attorneys,

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow (BBO# 651143)
bbigelow@seyfarth.com
Alison K. Eggers (BBO# 669548)
aeggers@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:     (617) 946-4800
Facsimile:     (617) 946-4801

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2016 a true and correct copy of the foregoing was served electronically through the Electronic Case Filing System and was also sent by e-mail and first class mail to all counsel and/or parties not registered for ECF.

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow

25925803v.1