UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERQUOTE, INC., f/k/a ADHARMONICS, INC.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>UNDERGROUND ELEPHANT, INC.,<br><br>Defendant/Counterclaim-Plaintiff. | CIVIL ACTION<br>NO. 16-cv-10103-WGY |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate that this action and all claims and counterclaims asserted or that could have been asserted herein shall be dismissed with prejudice and without fees or costs to either party, all rights of appeal being waived.

**EVERQUOTE, INC.,**

By its attorneys,

*/s/ Alison K. Eggers*
Brandon L. Bigelow (BBO #651143)
bbigelow@seyfarth.com
Alison K. Eggers (BBO #669548)
aeggers@seyfarth.com
**SEYFATH SHAW LLP**
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02110-2028
617-946-4800 (T)
617-946-4801 (F)

Dated: June 3, 2016

**UNDERGROUND ELEPHANT, INC.,**

By its attorneys,

*/s/ Joseph S. Leventhal*
Julianne Landsvik (BBO# 688063)
Julianne.landsvik@dinsmore.com
**DINSMORE & SHOHL, LLP**
277 W. Monroe St., Suite 3850
Chicago, IL 60606
312-372-6060 (T)
312-372-6085 (F)

Joseph S. Leventhal (admitted *pro hac vice*)
joseph.leventhal@dinsmore.com
Joshua M. Heinlein (admitted *pro hac vice*)
joshua.heinlein@dinsmore.com
**DINSMORE & SHOHL, LLP**
655 West Braodway, Suite 840
San Diego, CA 92101
619-356-3518 (T)
619-615-2802 (F)